UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

DARLYNN BUCKNER,                             **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

**Delay of Mail**

From no later than July 21, 2024, to on or about July 31, 2024, in Calhoun County, in the Southern Division of the Western District of Michigan, the defendant,

DARLYNN BUCKNER,

being a Postal Service employee, unlawfully secreted, detained, and delayed letters and mail entrusted to him and which came into his possession, and which were intended to be conveyed by mail, and carried and delivered by any carrier or other employee of the Postal Service.

18 U.S.C. § 1703(a)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
CHRISTOPHER M. O'CONNOR
Assistant United States Attorney